Manhattan Mini Storage, LLC,
against
Ebrain Consulting, LLC, Respondent-Appellant.



Respondent appeals from an order of the Civil Court of the City of New York, New York County (Debra R. Samuels, J.), entered February 20, 2018, after a hearing, which awarded petitioner counsel fees in the amount of $1,125 pursuant to Rule 130 (22 NYCRR 130-1.1[a]).




Per Curiam.
Appeal from order (Debra R. Samuels, J.), entered February 20, 2018, dismissed, without costs.
No appeal lies from an order or judgment entered on default of the appealing party (see CPLR 5511) and a default occurred in Civil Court when respondent, a limited liability company, failed to appear by an attorney (see Matter of Pere v 1470-1488 U & R, 247 AD2d 477 [1998]; Lohmann v Castleton Gallery, 252 AD2d 482 [1988]), despite multiple warnings from Civil Court to retain counsel. Accordingly, we dismiss respondent-appellant's appeal for this reason, and on the further ground that respondent lacks standing to proceed pro se on this appeal (see CPLR 321; Matter of Tenants Comm. of 36 Gramercy Park v New York State Div. of Hous. & Community Renewal, 108 AD3d 413 [2013], lv dismissed 22 NY3d 990 [2013]; Michael Reilly Design, Inc. v Houraney, 40 AD3d 592 [2007]). The purported appearance by respondent's principal was a nullity (see Evans v Conley, 124 AD2d 981 [1986], appeal dismissed 69 NY2d 822 [1987]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: March 13, 2019